EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | Certiorari |
| | 2014 TSPR 121 |
| Luis M. Polanco Ortiz | 191 DPR ____ |

Número del Caso: TS-9107

Fecha: 9 de octubre de 2014

Abogado de la Parte Peticionaria:

      Por derecho propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis M. Polanco Ortiz                    TS-9107

RESOLUCIÓN

San Juan, Puerto Rico, a 9 de octubre de 2014.

Examinada la *Moción Informativa en Cumplimiento de Orden y Sometiendo Certificaciones*, se reinstala al Lcdo. Luis M. Polanco Ortiz al ejercicio de la abogacía. Además, se le informa que se activarán todas las quejas que tiene pendiente ante este Tribunal.

Por lo tanto, el Tribunal acepta la contestación a la queja **AB-2009-237** y se refiere a la Procuradora General para la investigación y el informe correspondiente.

Por otro lado, se le ordena al licenciado Polanco Ortiz que en el término de veinte (20) días, contado a partir de la notificación de esta Resolución, conteste la queja **AB-2010-159**.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Martínez Torres denegaría la reinstalación en esta etapa porque están pendientes las quejas AB-2009-237 y AB-2010-159. La Jueza Asociada señora Pabón Charneco no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo